### UNION TRUST CO. OF INDIANAPOLIS v. BOKER.

(Circuit Court, S. D. New York. September 6, 1898.)

CREDITORS' BILL—JUDGMENT TO SUPPORT—SUIT IN DIFFERENT DISTRICT.

A judgment and return of execution thereon in a circuit court of one district of the United States will not sustain a creditors' bill filed in a different district.

Demurrer to Bill of Complaint.

John J. Gleason and Seward, Guthrie & Steele, for demurrer.
Crane & Lockwood, opposed.

LACOMBE, Circuit Judge. This is manifestly a creditors' bill to reach alleged partnership assets. As such it cannot be sustained

without judgment at law and execution returned unsatisfied, and these prerequisites are not found in a judgment of the United States circuit court, district of Indiana, with return of such execution as that court had jurisdiction to issue. Demurrer sustained.